AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**2004 Silver Four-door Chevrolet Cavalier, MD tag 5CW-W96**

**SEARCH WARRANT**

CASE NUMBER: 08-225

TO: __GABRIEL ORTIZ__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by **SPECIAL AGENT, GABRIEL ORTIZ** who has reason to believe that
(name, description and or location)

on the property or premises known as

2004 Silver Four-door Chevrolet Cavalier, MD tag 5CW-W96, more fully described in Attachment A, attached and incorporated herein.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B, attached and incorporated herein

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___April 8, 2008___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

4/1/08 @ 5:20 pm                        at Washington, D.C.

Date and Time Issued

**Deborah A. Robinson**
**United States Magistrate Judge**
Name and Title of Judicial Officer                Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>04/01/2008 | DATE AND TIME WARRANT EXECUTED<br>04/02/2008 7:45 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Lamar Randall |

INVENTORY MADE IN THE PRESENCE OF Lamar Randall

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attachment

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

FILED
APR - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____    4/4/08
U.S. Judge or U.S. Magistrate Judge    Date

# Search Warrant Inventory

**United States Postal Service**
**Office of Inspector General**

Page 1 of 2

The Item(s) Listed Below Were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized From

**Name of Person:** TAYLOR, UNICUOHA
**Address:** 1225 STAPLES N.E. WASHINGTON, DC

**Case Number:**

**Date and Time:** 04/02/08  ☐ AM ☐ PM

| Location | Item | Quantity | Description |
|---|---|---|---|
| Vehicle | | 3 | PLAYSTATION 2 DVD-ROMs (NBA LIVE 08, NCAA 08 FOOTBALL, MADDEN NFL 08) |
| Vehicle | | 1 | WACHOVIA BANK CHECK #1504, IN THE NAME OF MAYA DEVY BIST, AMOUNT $300, DATED 3/10/08, PAY TO "AMERICA EXPRESS" |
| Vehicle | | 1 | ITUNES PLUS GIFT CARD, #6CAZZ12118723175, #986481618 |
| Room D | | 3 | CIGARETTES - "ROACHES" - CONTAINING GREEN LEAFY SUBSTANCE |
| Room D | | 1 | CLEAR PLASTIC GLYCENE BAGGIE CONTAINING WHITE POWDERY RESIDUE |
| Room D | | 1 | CLEAR PLASTIC GLYCENE BAGGIE CONTAINING RAZOR BLADE |
| Room D | | 2 | DVDs - BEOWOLF + ITRIED |
| Room D | | 1 | DVD - REPOS |
| Room D | | 1 | WASHINGTON DC DRIVERS LICENSE, BOYKIN, GLENN, LICENSE #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 |
| Room D | | 1 | WACHOVIA BLANK CHECKS GUERRERO, CIRILO |
| Room D | | 1 | MACY'S GIFT CARD #6671001495299932 |
| Room D | | 1 | OLIVE GARDEN GIFT CARD, $25, #603757117361456 |
| Room D | | 1 | HOME DEPOT GIFT CARD #98061401824244 9997412 |
| Room D | | 1 | PLAYERS' CHOICE CARD #9062846, SCHNEBERGER, ROBERT |
| Room D | | 4 | PS FORM 3811s |
| Room D | | 1 | BUGABOO CREEK STEAKHOUSE GIFT CARD #6026638286121557 |
| Room D | | 1 | BANK OF AMERICA CUSTOMER RECEIPT #4630 |
| Room D | | 1 | MONEY ORDER RECEIPT, $280.05, 11/15/07 DATED |
| | | | WOODEN BOX CONTAINING 3 CIGARETTES - "ROACHES" - CONTAINING GREEN LEAFY SUBSTANCE |
| Room B | | 1 | LANDS END GIFT CARD #6042455849064733 |
| Kitchen | | 1 | CVS GIFT CARD #6023241862266204 |
| | | 1 | ACE VISA RECEIPT, DATED 02/09/08 |

*Printed name and signature:* HARSTENSEN

*Received from (Printed name and signature):* Lamar Randall

# Search Warrant Inventory

United States Postal Service
Office of Inspector General

Page 2 of 2

The Item(s) Listed Below Were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized From

Name of Person: TAYLOR, UNIQUIIA
Address: 1225 STAPLES N.E. WASHINGTON, D.C.

Case Number:

Date and Time: 04/02/08 0945 ☒ AM ☐ PM

| Location | Item | Quantity | Description |
|---|---|---|---|
| BASEMENT BEDROOM | 1 | 1 | MISC. MAIL/ITEMS FOUND IN REAR TRASH |
| | | 3 | SSN CARD, BIRTH CERTIFICATE, FIRST NATIONAL CARD — ALL TO NICHOLS, PATRICK. |

Received by (Printed name and signature): SARA CHRISTENSEN

Received from (Printed name and signature): Lamar Brandey